**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH SAMO, | Case No. 25-cv-01179-BAS-JLB |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| INDEPENDENT FUNDING, LLC, | |
| Defendant. | |

Plaintiff has failed to serve his Complaint on Defendants. Therefore, the Court ordered Plaintiff to show cause by October 8, 2025, as to why this case should not be dismissed under Federal Rule of Civil Procedure 4(m) and this Court's inherent authority. (ECF No. 8.) Plaintiff has not done so. Accordingly, the Court **DISMISSES** without prejudice this action. *See* Fed. R. Civ. P. 4(m); *Link v. Wabash R.R.*, 370 U.S. 626, 630–31 (1962).

**IT IS SO ORDERED.**

**DATED: October 30, 2025**

Hon. Cynthia Bashant
United States District Judge